IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CLEARONE COMMUNICATIONS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CHIANG, et al.,<br><br>Defendants. | ORDER<br><br><br><br>Case No. 2:07-CV-37 TC |

This matter comes before the court on Magistrate Judge David Nuffer's Memorandum Decision and Report and Recommendation to Deny Motion for Reference to Mediation and Arbitration (the "Report and Recommendation") (Dkt. No. 812), issued on April 1, 2008. The Report and Recommendation recommends denying Defendants' Motion for Reference to Mediation and Arbitration (Dkt. No. 767). The deadline to object to the Report and Recommendation was April 15, 2008, and none of the parties filed an objection.

The court has reviewed the Report and Recommendation and finds it to be correct in all material respects. Accordingly, the court hereby adopts the Report and Recommendation as the order of the court and DENIES Defendants' motion for reference to mediation and arbitration.

SO ORDERED this 21st day of May, 2008.

BY THE COURT

*Tena Campbell*

TENA CAMPBELL
Chief Judge