Mark O. Morris (4636)
mmorris@swlaw.com
Scott A. DuBois (7510)
sdubois@swlaw.com
Amy F. Sorenson (8947)
asorenson@swlaw.com
Peter H. Donaldson (9624)
pdonaldson@swlaw.com
Chris J. Martinez (11152)
cmartinez@swlaw.com

SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101-1004
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800

*Attorneys for Defendants Andrew Chiang, Jun Yang,
Lonny Bowers, WideBand Solutions, Inc. and Versatile DSP*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CLEARONE COMMUNICATIONS, INC., a Utah Corporation<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CHIANG, an individual, JUN YANG, an individual, LONNY BOWERS, an individual, WIDEBAND SOLUTIONS, INC., a Massachusetts corporation, VERSATILE DSP, a Massachusetts corporation, and BIAMP SYSTEMS CORPORATION, INC., an Oregon corporation.<br><br>Defendants. | **WIDEBAND DEFENDANTS' MOTION TO REMOVE THE HIGHLY CONFIDENTIAL DESIGNATION OF THE EXPERT REPORT OF THOMAS J. MAKOVICKA**<br><br>Case No. 2:07-cv-0037 TC<br><br>(Consolidated with Civil No. 2:07-cv-832)<br><br>Honorable Tena Campbell<br><br>Magistrate Judge David Nuffer |

Defendants Andrew Chiang, Jun Yang, Lonny Bowers, WideBand Solutions, Inc., and Versatile DSP (the "WideBand Defendants") respectfully move this Court for an Order Removing the Highly Confidential Designation of the Expert Report of Thomas J. Makovicka submitted by ClearOne Communications, Inc. ("ClearOne").

As more fully explained in the supporting memorandum, filed concurrently herewith, under the Court's protective order and controlling law, the "Highly Confidential" designation affixed to the Makovicka Report by ClearOne should be reduced to a designation of "Confidential" in order to allow the WideBand individuals, in particular Dr. Yang, the opportunity to review the Makovicka Report in preparation for trial in this matter.

Pursuant to Fed. R. Civ. P. 37-1(a) counsel for WideBand Defendants hereby certifes that reasonable efforts have been made to reach an agreement with counsel for ClearOne on this issue, beginning on September 5, 2008, with Scott DuBois and James Magleby participating.

DATED this 18th day of September, 2008.

        Snell & Wilmer L.L.P.

        /s/  Mark O. Morris
        Mark O. Morris
        Scott A. DuBois
        Amy F. Sorenson
        Peter H. Donaldson
        Chris J. Martinez
        Attorneys for Defendants Andrew Chiang,
        Jun Yang, Lonny Bowers,
        WideBand Solutions, Inc. and Versatile DSP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September 2008, a true and correct copy of the foregoing was delivered via the CM/ECF Electronic Filing System to the following:

James E. Magleby
magleby@mgpclaw.com
Christine T. Greenwood
greenwood@mgpclaw.com
Christopher M. Von Maack
vonmaack@mgpclaw.com
Jason A. McNeill
mcneill@mgpclaw.com
Jennifer F. Parrish
parrish@mgpclaw.com
MAGLEBY & GREENWOOD PC
170 S. Main St. Ste. 350
Salt Lake City, UT 84101

E. Scott Savage
ssavage@bermansavage.com
BERMAN & SAVAGE PC
170 S. Main Ste. 500
Salt Lake City, UT 84101

Richard D. Burbidge
rburbidge@bmgtrial.com
Benjamin W. Lieberman
bwl@bmgtrial.com
Jefferson W. Gross
jwgross@bmgtrial.com
BURBIDGE MITCHELL & GROSS
215 S. State Ste. 920
Salt Lake City, UT 84111

Leland W. Hutchinson
lhutchinson@freebornpeters.com
Jacob D. Koering
jkoering@freebornpeters.com
James M. Witz
jwitz@freebornpeters.com
FREEBORN & PETERS
311 S. Wacker Dr. #3000
Chicago, IL 60606

/s/ Mark O. Morris