Mark O. Morris (4636)
mmorris@swlaw.com
Scott A. DuBois (7510)
sdubois@swlaw.com
Amy F. Sorenson (8947)
asorenson@swlaw.com
Peter H. Donaldson (9624)
pdonaldson@swlaw.com
Chris J. Martinez (11152)
cmartinez@swlaw.com

SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

*Attorneys for Defendants Andrew Chiang, Jun Yang,
Lonny Bowers, WideBand Solutions, Inc. and Versatile DSP*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CLEARONE COMMUNICATIONS, INC., a Utah Corporation<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CHIANG, an individual, JUN YANG, an individual, LONNY BOWERS, an individual, WIDEBAND SOLUTIONS, INC., a Massachusetts corporation, VERSATILE DSP, a Massachusetts corporation, and BIAMP SYSTEMS CORPORATION, INC., an Oregon corporation.<br><br>Defendants. | **ORDER REDESIGNATING THE THOMAS J. MAKOVICKA EXPERT REPORT AS CONFIDENTIAL**<br><br>Case No. 2:07-cv-0037 TC<br><br>(Consolidated with Civil No. 2:07-cv-832)<br><br>Honorable Tena Campbell<br><br>Magistrate Judge David Nuffer |

Based upon Defendants Andrew Chiang, Jun Yang, Lonny Bowers, WideBand Solutions, Inc., and Versatile DSP's ("WideBand Defendants") Motion to Remove the Highly Confidential Designation of the Expert Report of Thomas J. Makovicka, and for good cause appearing thereon,

IT IS HEREBY ORDERED that the Thomas J. Makovicka Expert Report is redesignated as Confidential.

DATED this ____ day of September, 2008.

                                              **BY THE COURT**

                                              _____

                                              **David Nuffer**
                                              **U.S. District Court Magistrate**