IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CLEARONE COMMUNICATIONS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CHIANG, an individual; JUN YANG, an individual; LONNY BOWERS, an individual; WIDEBAND SOLUTIONS, INC., a Massachusetts corporation; VERSATILE DSP, INC.; a Massachusetts corporation; and BIAMP SYSTEMS CORPORATION, an Oregon corporation,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER AWARDING ATTORNEYS' FEES AND COSTS AGAINST DONALD BOWERS**<br><br>Case No. 2:07-cv-37-TC-DN<br><br>District Judge Tena Campbell<br><br>Magistrate Judge David Nuffer |

On September 3, 2009, the District Judge ordered[1] that "ClearOne is entitled to receive its reasonable attorneys' fees and costs incurred in pursuing the [certain remedies] against Donald Bowers." The District Judge ordered that ClearOne submit a claim for those fees and that thereafter "the Magistrate Judge shall issue a ruling awarding those costs and fees reasonably incurred . . . ."[2] Thereafter, ClearOne filed its claim[3] stating "the total attorney fees and expenses associated with the monetary award provided by the [September 3, 2009] Order are $57,188.61."[4]

---

[1] Memorandum Decision and Order of Contempt at 25, docket no. 1903 filed September 3, 2009.

[2] *Id.*

[3] Declaration of Jennifer Fraser Parrish . . . , docket no. 1930, filed September 17, 2009; Highly Confidential Exhibit B to Declaration of Jennifer Fraser Parrish, docket no. 1942, filed under seal September 17, 2009.

[4] *Id.* at 6.

The magistrate judge was unable to take action because Donald Bowers filed for bankruptcy protection.[5] However, ClearOne was granted relief from the automatic bankruptcy stay on December 29, 2009, effective January 13, 2009.[6]

Donald Bowers did not file any response to ClearOne's Claim for fees. The magistrate judge has carefully reviewed the submission from ClearOne and finds the claim proper in every respect.

**ORDER**

IT IS HEREBY ORDERED that Donald Bowers is liable to ClearOne in the sum of $57,188.61.

Dated this 18th day of January, 2009.

BY THE COURT

_____
Magistrate Judge David Nuffer

---

[5] Memorandum Decision and Order of Contempt at 2 n.3, docket no. 2009, filed November 19, 2009.

[6] Notice of Filing: Bankruptcy Court's Order Granting Plaintiff Relief from the Automatic Stay to Prosecute Pending Action against Donald Bowers, docket no. 2048, file December 29, 2009.